# United States Court of Appeals
## For the First Circuit

No. 24-1654

TAX-FREE FIXED INCOME FUND FOR PUERTO RICO RESIDENTS, INC.; TAX-FREE FIXED INCOME FUND II FOR PUERTO RICO RESIDENTS, INC.; TAX-FREE FIXED INCOME FUND III FOR PUERTO RICO RESIDENTS, INC.; TAX-FREE FIXED INCOME FUND IV FOR PUERTO RICO RESIDENTS, INC.; TAX-FREE FIXED INCOME FUND V FOR PUERTO RICO RESIDENTS, INC.; PUERTO RICO RESIDENTS TAX-FREE FUND, INC.; PUERTO RICO RESIDENTS TAX-FREE FUND IV, INC.; PUERTO RICO RESIDENTS TAX-FREE FUND VI, INC.; TAX-FREE FUND FOR PUERTO RICO RESIDENTS, INC.,

Plaintiffs - Appellants,

v.

OCEAN CAPITAL LLC; WILLIAM HEATH HAWK; JOSÉ R. IZQUIERDO, II; BRENT D. ROSENTHAL; ROXANA CRUZ-RIVERA; ETHAN DANIAL; PRCE MANAGEMENT LLC; BENJAMIN T. EILIER; VASILEIOS A. SFYRIS; FRANCISCO GONZÁLEZ; GUSTAVO NEVÁREZ TORRES; ALEJANDRO ACOSTA RIVERA; HONNE II, LLP; MEIR HURWITZ; MARIO J. MONTALVO; JOSÉ M. PÉREZ-GUTIERREZ; SANZAM INVESTMENTS LLC; JUAN E. SOTO ALVARADO; SANDRA CALDERON; THE ESTATE OF JOSÉ HIDALGO; AVRAHAM ZEINES; MOJDEH L. KHAGAN; RAD INVESTMENTS, LLC,

Defendants - Appellees.

Before

Gelpí, Montecalvo and Rikelman,
<u>Circuit Judges</u>.

**ORDER OF COURT**

Entered: July 17, 2024

So that the court may have a full opportunity to review the merits of this appeal, the rulings set out in the district court's July 11, 2024, Opinion and Order and July 12, 2024, Final Judgment are stayed pending further order.

The following expedited briefing schedule shall apply:

Appellants' Opening Brief is due by 5:00 p.m. on July 24, 2024;
Appellees' Response Brief is due by 5:00 p.m. on July 31, 2024;
Any Reply Brief is due by 5:00 p.m. on August 5, 2024.

Extensions of these deadlines should not be expected without a demonstration of exceptional circumstances.

The court intends to hold oral argument as soon as practicable and will issue an appropriate argument notice in due course.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Gina R. Mendez-Miro
Ada Garcia-Rivera, Clerk, United States District Court for the District of Puerto Rico
Arturo Díaz-Angueira
Eamon P. Joyce
Alicia Irene Lavergne-Ramírez
Maraliz Vázquez-Marrero
Gustavo J. Viviani-Meléndez
Andrew W. Stern
Alex J. Kaplan
Robert Matthew Garsson
Charlotte K. Newell
Harold D. Vicente-Colon
Lauracelis Roques-Arroyo
Matthew Xavier Etchemendy
Michael Lloyd Charlson
Meghan Natenson
Marisa Antonelli
Heriberto López-Guzmán